1    ALL COUNSEL ON SIGNATURE PAGE

2

3

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6                 SAN FRANCISCO/OAKLAND DIVISION

7    ALLSTATE INSURANCE COMPANY,          No.  4:13-cv-05594-YGR

8              Plaintiff,                  STIPULATION AND [~~PROPOSED~~]
                                           ORDER REGARDING RELATED CASES
9          vs.
                                           Before:     Hon. Yvonne Gonzalez Rogers
10   LUIS SEGURA, YOLANDA SEGURA,
     FLORIDALMA BAC, SILVIA
11   HURTADO, and CARLOS SUMPALAJ,

12             Defendants.

13   _____

     RELATED COUNTERCLAIM
14

15   LUIS SEGURA and YOLANDA              No. 3:14-cv-01687-JCS
     SEGURA,
16                                        Before:     Hon. Joseph C. Spero
               Plaintiffs,
17
           vs.
18
     ALLSTATE INSURANCE COMPANY,
19   MANUEL DE VERA, AZUCENA
     MERLOS, and DOES 1 to 100, inclusive,
20
               Defendants.
21
     _____
22   FLORIDALMA BAC, SILVIA              No.  3:14-cv-01589-KAW
     HURTADO, and CARLOS SUMPALAJ,
23                                        Before:     Hon. Kandis A. Westmore
               Plaintiffs,
24
           vs.
25
     ALLSTATE INSURANCE COMPANY,
26   and DOES 1 to 100, inclusive,

27             Defendants.

28   _____

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA  94105-2708
(415) 882-5000

1      The parties hereby stipulate that case numbers (1) 4:13-cv-05594-YGR, (2) 3:14-cv-

2 01589-KAW, and (3) 3:14-cv-01687-JCS, all pending in the United States District Court for the

3 Northern District of California, are related within the meaning of Civil Local Rule 3-12, and

4 should all be heard before the Honorable Yvonne Gonzalez Rogers.

5      The parties also further agree and stipulate that their entry into this stipulation and/or the

6 consolidation of the cases herein named shall not be deemed a waiver of any right that Luis

7 Segura, Yolanda Segura, Floridalma Bac, Silvia Hurtado, Carlos Sumpalaj, Manuel de Vera, or

8 Azucena Merlos may have to seek remand and/or dispute jurisdiction over any of the cases.

9      IT IS SO STIPULATED.

10      **FILER'S ATTESTATION:**

11      Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury

12 that the concurrence in the filing of this document has been obtained from its signatories.

13 Dated:  April 18, 2014         By         */s/ Sonia Martin*
                                                Sonia Martin

14

15 Dated:  April 18, 2014         Respectfully submitted,

16                               DENTONS US LLP

17

18                               By       */s/ SONIA MARTIN*
                                            SONIA MARTIN

19

20                               Attorneys for
                              ALLSTATE INSURANCE COMPANY

21 Dated:  April 18, 2014         MANNION & LOWE

22

23                               By    */s/ DEMIAN I. OKSENENDLER*
                                        DEMIAN I. OKSENENDLER

24

25                               Attorneys for
                              LUIS SEGURA and YOLANDA SEGURA

26

27

28

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA  94105-2708
(415) 882-5000

Dated:  April 18, 2014

KORNBLUM, COCHRAN, ERICKSON &
HARBISON


By ___/s/ NICHOLAS J. PETERSON___
       NICHOLAS J. PETERSON

Attorneys for
FLORIDALMA BAC, SILVIA HURTADO, and
CARLOS SUMPALAJ

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: April 22, 2014 _____

The Honorable Yvonne Gonzalez Rogers
United States District Judge
Northern District of California

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA  94105-2708
(415) 882-5000