E. Gerard Mannion (State Bar #77287)
e-mail: gerry@mannionlowe.com
Wesley M. Lowe (State Bar # 111761)
e-mail: wes@mannionlowe.com
Demián I. Oksenendler (State Bar #233416)
e-mail: demian@mannionlowe.com
MANNION & LOWE, A Professional Corporation
655 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 733-1050
Facsimile: (415) 434-4810

Attorneys for Plaintiffs
LUIS SEGURA and YOLANDA SEGURA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LUIS SEGURA and YOLANDA SEGURA, <br><br> Plaintiffs, <br><br> vs. <br><br> ALLSTATE INSURANCE COMPANY, MANUEL DE VERA, AZUCENA MERLOS, and DOES 1 through 100, inclusive, <br><br> Defendants. <br><br> AND RELATED CASES | Case No.: 4:14-cv-01687-YGR <br><br> **ORDER ~~GRANTING~~ Denying MOTION FOR ADMINISTRATIVE RELIEF** <br><br> [~~PROPOSED~~] |

The Court has considered the motion by plaintiffs Luis Segura and Yolanda Segura for administrative relief continuing the hearing and altering the briefing schedule for the Motion to Dismiss filed by defendants Manuel de Vera and Azucena Merlos. After consideration of the papers submitted, and good cause appearing therefrom, this Court orders as follows:

1.   The hearing on the Motion to Dismiss of Manuel de Vera and Azucena Merlos is continued to July 15, 2014 at 2:00 p.m. in Courtroom 1.

2.   The opposition papers of Luis Segura and Yolanda Segura to the de Vera/Merlos Motion to Dismiss are due no later than June 23, 2014.

/ / /

1      3.    The reply papers of Manuel de Vera and Azucena Merlos in support of their Motion
2  to Dismiss are due no later than June 30, 2014.

**IT IS SO ORDERED.**

Dated: May 19, 2014

**DENIED**
*[signature]*
Judge Yvonne Gonzalez Rogers

_____
Hon. Yvonne Gonzalez Rogers
District Court Judge

\\MLSERV2\Group\Main Group\Clients\Segura v. Allstate\Pleadings-Northern District-Segura v. Allstate\Admin Mon to Continue Hearing.1.Proposed Order.wpd